### JERRY BLOOM *v.* DEPARTMENT OF LABOR

The plaintiff's petition for certification for appeal from the Appellate Court, 93 Conn. App. 37 (AC 26085), is denied.

*Jerry Bloom*, pro se, in support of the petition.

*Thomas P. Clifford III*, assistant attorney general, in opposition.

Decided February 14, 2006

### STATE OF CONNECTICUT *v.* FELIPE MULERO

The defendant's petition for certification for appeal from the Appellate Court, 91 Conn. App. 509 (AC 24831), is denied.

*Felipe Mulero*, pro se, in support of the petition.

*Marjorie Allen Dauster*, senior assistant state's attorney, in opposition.

Decided March 2, 2006